# UNITED STATES DISTRICT COURT

MIDDLE District of TENNESSEE

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |

ROMONTE PHILLIPS

Case Number: 3:07-00208
USM Number: 18556-075

Dumaka Shabazz
Defendant's Attorney

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

X was found in violation of condition(s) One (1) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall not commit another federal, state or local crime | 10/27/12 |

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.  4628

Defendant's Year of Birth: 1974

City and State of Defendant's Residence:
Nashville, Tennessee

October 3, 2014
Date of Imposition of Judgment

*Todd Campbell*
Signature of Judge

Todd J. Campbell, United States District Judge
Name and Title of Judge

October 3, 2014
Date

# IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>nineteen (19) months concurrent with any Tennessee State sentence imposed for the same criminal conduct.</u>

No period of Supervised Release is imposed.

  <u>X</u>  The Court makes the following recommendations to the Bureau of Prisons:

1. Credit for time served since arrest on October 27, 2012.

  <u>X</u>  The Defendant is remanded to the custody of the United States Marshal.

____ The Defendant shall surrender to the United States Marshal for this District:

    ____ at _____ p.m. on _____

    ____ as notified by the United States Marshal.

____ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    ____ before 2 p.m. on _____

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this Judgment.

 

_____

United States Marshal

 

By: _____

Deputy United States Marshal